```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-8-09
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSIE BECKMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLIEDBARTON SECURITY )<br>SERVICES and NEW YORK CITY )<br>DEPARTMENT OF TRANSPORTATION, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.:<br>09-CV-6620-PKC-FM<br><br><br><u>ORDER FOR ADMISSION</u><br><u>PRO HAC VICE</u><br><u>ON WRITTEN MOTION</u> |

Upon the motion of Janet B. Linn, attorney for Defendant AlliedBarton Security Services LLC and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Matthew D. Crawford, Esq.
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
Email: mcrawford@martensonlaw.com

is admitted to practice, *pro hac vice*, as counsel for Defendant AlliedBarton Security Services LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for the ECF password at nysd.uscourts.gov. Counsel shall forward the appropriate fee to the Clerk of Court.

Dated: 12-8-09
New York, New York

_____
United States District/Magistrate Judge